IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REGINALD NELSON, AIS 204697, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIV. ACT. NO. 1:16-cv-476-TFM-MU |
| | ) | |
| TONY LETT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On December 21, 2018, the magistrate judge entered a report and recommendation which recommends the Defendants' motion for summary judgment be granted and this action be dismissed with prejudice. *See* Doc. 100. Plaintiff filed his objections by putting them in the mail on January 9, 2019 which were received by the Court on January 14, 2019. *See* Doc. 9. Though the objections were not timely received, the Court will consider them nonetheless in light of the federal holidays and the delay in prison mail especially during the holiday season.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendants' Motion for Summary Judgment (Doc. 78, 88) are **GRANTED** and this case is **DISMISSED with prejudice**

DONE and ORDERED this the 29th day of January 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE