IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REGINALD NELSON, AIS 204697, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIV. ACT. NO. 1:16-cv-476-TFM-MU |
| TONY LETT, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Order entered this date adopting the recommendations of the Magistrate Judge, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's claims are hereby **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE and ORDERED this the 29th day of January 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE